We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. The motion court's findings and conclusions are not clearly erroneous. Rule 29.15(k). An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).

Jeremiah FLOYD, Movant,

v.

STATE of Missouri, Respondent.

No. 74027.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 27, 1998.

Mark A. Grothoff, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kenneth P. Ferguson, Asst. Atty. Gen., Jefferson City, for respondent.

Before MARY K. HOFF, P.J. and GARY M. GAERTNER and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Jeremiah Floyd (Movant) appeals from the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. Movant argues the trial court erred in denying him relief under Rule 29.15, without an evidentiary hearing, because his trial counsel failed to: (1) call a witness which would have provided testimony impeaching the victim's testimony; and (2) conduct a thorough investigation of the case.

Carolyn NORTON, Petitioner/Appellant,

v.

STATE of Missouri, ex rel., DIVISION OF FAMILY SERVICES,
Respondent/Respondent.

No. 74075.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 27, 1998.

Bruce F. Hilton, Lawrence G. Gillespie, Hilton, Gillespie & Kiesewetter, L.L.C., Kirkwood, for appellant.

Jeff Childress, Mo. Dept. of Social Services, Div. of Legal Services, St. Louis, for respondent.

Before MARY K. HOFF, P.J. and GARY M. GAERTNER and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Carolyn Norton appeals from the trial court's judgment dismissing for lack of subject matter jurisdiction her Petition for Judicial Review under Section 536.100 RSMo

 

1994 of a decision of the Division of Child Support Enforcement.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).